RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Daniel Chamberlain

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL CHAMBERLAIN,<br><br>    Defendant. | Case No. 2:15-mj-1159-VCF<br><br>**STIPULATION TO APPEAR FOR STATUS HEARING BY TELEPHONE** |

IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney Dayle Elieson, Assistant United States Attorney Christopher Burton, counsel for the United States of America, and Federal Public Defender Rene L. Valladares, and Assistant Federal Public Defender Sylvia Irvin, counsel for Daniel Chamberlain, that the Defendant be allowed to appear by telephone for the Status Hearing scheduled on September 18, 2018, at 1:30 p.m.

This Stipulation is entered into for the following reasons:

1. Mr. Chamberlain resides and works in Kingman, Arizona. Mr. Chamberlain, through counsel, has provided his phone number to the Deputy Court Clerk for tomorrow's hearing.

2. Mr. Chamberlain will be able to report progress in his case.

3. The Government is not opposed to Mr. Chamberlain appearing by telephone for the status hearing.

DATED this 17th day of September, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Sylvia A. Irvin*<br>By_____<br>SYLVIA A. IRVIN<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRITOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-mj-1159-VCF |
| Plaintiff, | FINDINGS OF FACT AND ORDER |
| v. | |
| DANIEL CHAMBERLAIN, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Chamberlain resides and works in Kingman, Arizona. Mr. Chamberlain, through counsel, has provided his phone number to the Deputy Court Clerk for tomorrow's hearing.

2. Mr. Chamberlain will be able to report progress in his case.

3. The Government is not opposed to Mr. Chamberlain appearing by telephone for the status hearing.

## ORDER

IT IS THEREFORE ORDERED that the Defendant Mr. Chamberlain may appear by telephone for the Status Hearing scheduled on **September 18, 2018, at 1:30 p.m.**

DATED this 17th day of September, 2018.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

_____
UNITED STATES MAGISTRATE JUDGE